UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

------------------------------------

UNITED STATES OF AMERICA

v.

JUAN CARLOS GARCIA

                Defendant.

------------------------------------

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

95 Cr. 445 (HB)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          April 7, 2010

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by:   /s/ Alvin L. Bragg, Jr.
       Alvin L. Bragg, Jr.

       Assistant United States Attorney
       United States Attorney's Office
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York  10007
       Tel:  (212) 637-1085
       Fax: (212) 637-2527
       Alvin.Bragg@usdoj.gov

TO:    Christopher Booth, Esq.