UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JUAN CARLOS GARCIA,

               Defendant.

- - - - - - - - - - - - - - - x

**ORDER**

95 Cr. 445(HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/11

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 23, 2010;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
~~October ___, 2010~~
January 7, 2011

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE