Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court



Southern District of New York

Caption:

U.S.A.

v.

Ivan Carlos Garcia

Docket No.: 95-CR-445(HB)

(District Court Judge)

Notice is hereby given that Ivan Carlos Garcia appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] AND Sentence
(specify)

entered in this action on JAN. 7, 2011
(date)

This appeal concerns: Conviction only [ ]  Sentence only [X]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea [X]  trial [ ]  N/A [ ].

Offense occurred after November 1, 1987? Yes [X]  No [ ]  N/A [ ]

Date of sentence: 1-7-11    N/A [ ]

Bail/Jail Disposition: Committed [X]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [X]  No [ ]  If yes, provide the following information:

Defendant's Counsel: Christopher Booth

Counsel's Address: 11 Broadway Suite 967 NY, NY 10004

Counsel's Phone: 212 363 6969

Assistant U.S. Attorney: Andrea Lee Surratt

AUSA's Address: One St Andrews Plaza NY NY

AUSA's Phone:

FILED U.S. DC
JAN 21 2011
S.D. OF N.Y.